# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BOBBY RAY GRADY,

    Plaintiff,

v.                        CASE NO. 4:10cv8-RH/WCS

ROBERT A. FOSTER, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 7) and the objections (document 8). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Tampa Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on February 4, 2010.

                                              s/Robert L. Hinkle
                                              United States District Judge